# United States District Court
## Violation Notice

CVB Location Code

6 5 B

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7750558 | CUNNINGHAM | 205 |

7750558

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 12/1/18 1155 | 43CFR 8365-1-6 PN 7532968 5 |

Place of Offense

MT ZION RD

Offense Description: Factual Basis for Charge    HAZMAT ☐

USE PUBLIC LAND
FOR RESIDENTIAL PURPOSE

## DEFENDANT INFORMATION    Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| BRIM | ROBERT | |

Street Address ████████████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ████ | | | 60 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| ███████████████ | | | |

| ☒Adult ☐ Juvenile | Sex ☒Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

## VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____    Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**    $ _____    Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 212 N WASATCH COLORADO SPRINGS CO | 1/15/19 |
| | Time (hh.mm) 0830 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature    X BobBin

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 12/10/2018 15:6

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
               Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
               Date (mm/dd/yyyy)        U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

CVB SCAN 12/10/2018 15:6

Incident # LM18052196          CVB Loc. Code 65B          Violation Notice #7750558

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/1/18, while exercising my duties as a law enforcement officer in the District of Colorado

On 12/1/18 at approximately 1145 hours while on patrol of BLM administered land in the area of Mount Zion Road near Leadville Colorado I contacted Robert BRIM in his camp.

I noted there was approximately a foot and a half of snow on the ground.

When I walked into the camp I saw the trailer belonging to BRIM parked in the same location I had seen it in in early September. I saw the tent I had seen at that time was now fully collapsed and covered in snow. I could see lumps in the snow which were consistent with the piles of garbage I had seen in the camp on earlier visits. I saw there were empty metal food cans scattered on the surface of the snow indicating the items had recently been placed there.

I knocked on the door of his trailer and heard someone move around inside. BRIM opened the door and stepped outside.

I spoke with BRIM and told him I was contacting him because he was still using public land for residential purposes and had not cleaned up any of his trash littering his camp. I explained to him I had been trying to work with him for over a month and a half but from the condition of his camp it was apparent he had made no effort to clean up the trash or move his trailer. BRIM again told me he was working hard every day to do so.

The foregoing statement is based upon:
☒ My personal observation                    ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on:    ___12/3/18___ / _____
                Date (MM/DD/YYYY)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:    _____ _____
                Date (MM/DD/YYYY)          U. S. Magistrate Judge